**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7068**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRANDON LAFON ROBINSON, a/k/a Beedo

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:09-cr-00073-TLW-10)

———————————

Submitted:  October 11, 2012      Decided:  October 15, 2012

———————————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Brandon Lafon Robinson, Appellant Pro Se.   Arthur Bradley
Parham, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Lafon Robinson appeals the district court's order granting the Government's Fed. R. Crim. P. 35(b) motion to reduce his sentence based upon his substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Robinson</u>, No. 4:09-cr-00073-TLW-10 (D.S.C. June 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>